UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

JUDGE RICHARD H. KYLE/MAGISTRATE JUDGE JOHN M. MASON

---

MINNESOTA PIPE & EQUIPMENT, CO., a Minnesota corporation,

Plaintiff,

v.

FORESIGHT, INCORPORATED, a Wisconsin corporation; XL SPECIALTY INSURANCE COMPANY f/k/a Intercargo Insurance Company, and TOWN OF KRONENWETTER, a Wisconsin township,

Defendants.

Civil Action,
File No. 01-378RHK/JMM

---

**STIPULATION AND ORDER FOR DISMISSAL**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the above named parties through their respective counsel that the above-captioned action and all complaints therein may be dismissed, with prejudice and on the merits, without costs to any party, and without further notice to any party hereto.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation and Order may be executed in counterparts and that each party's signature page may be attached to and form the original for filing with the court.

FILED APR 04 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated this 29th day of March, 2001.

SEVERSON, SHELDON, DOUGHERTY
& MOLENDA, P.A.
Attorneys for Minnesota Pipe & Equipment Co.

By: ______________________
Robert B. Bauer, ID#227365

Dated this ___ day of ________________, 2001.

MICHAEL, BEST & FRIEDRICH, LLP
Attorneys for Foresight, Incorporated

By: ______________________
Ian A.J. Pitz, ID# 023347X

Dated this 27th day of March, 2001.

O'NEILL, SCHIMMEL, QUIRK & CARROLL, S.C.
Attorneys for XLA Specialty Insurance Company
f/k/a Intercargo Insurance Company

By: ______________________
Douglas J. Carroll, SBN#: 1015810

Dated this ___ day of ________________, 2001.

STROBEL & HANSON
Attorneys for Town of Kronenwetter

By: ______________________
Einar E. Hanson, ID# 142293

Dated this ___ day of ________________, 2001.

SEVERSON, SHELDON, DOUGHERTY
& MOLENDA, P.A.
Attorneys for Minnesota Pipe & Equipment Co.

By: ______________________________
Robert B. Bauer, ID#227365

Dated this 28th day of March, 2001.

MICHAEL, BEST & FRIEDRICH, LLP
Attorneys for Foresight, Incorporated

By: ______________________________
Ian A.J. Pitz, ID# 023347X

Dated this 27th day of March, 2001.

O'NEILL, SCHIMMEL, QUIRK & CARROLL, S.C.
Attorneys for XLA Specialty Insurance Company
f/k/a Intercargo Insurance Company

By: ______________________________
Douglas J. Carroll, SBN#: 1015810

Dated this 28 day of March, 2001.

STROBEL & HANSON
Attorneys for Town of Kronenwetter

By: ______________________________
Einar E. Hanson, ID# 142293

Dated this ___ day of ________________, 2001.

SEVERSON, SHELDON, DOUGHERTY
& MOLENDA, P.A.
Attorneys for Minnesota Pipe & Equipment Co.

By: ________________________________
Robert B. Bauer, ID#227365

Dated this 28th day of March, 2001.

MICHAEL, BEST & FRIEDRICH, LLP
Attorneys for Foresight, Incorporated

By: ________________________________
Ian A.J. Pitz, ID# 023347X

Dated this 27th day of March, 2001.

O'NEILL, SCHIMMEL, QUIRK & CARROLL, S.C.
Attorneys for XLA Specialty Insurance Company
f/k/a Intercargo Insurance Company

By: ________________________________
Douglas J. Carroll, SBN#: 1015810

Dated this ___ day of ________________, 2001.

STROBEL & HANSON
Attorneys for Town of Kronenwetter

By: ________________________________
Einar E. Hanson, ID# 142293

**ORDER**

Pursuant to the foregoing Stipulation, and on motion of Severson, Sheldon, Dougherty & Molenda, P.A., counsel for plaintiffs,

**IT IS ORDERED** that the above-captioned action and all complaints therein be and the same hereby are dismissed, with prejudice and on the merits, without costs to any party hereto.

Dated this 4th day of April, 2001.

BY THE COURT:

JUDGE RICHARD H. KYLE/
MAGISTRATE JUDGE JOHN M. MASON